FILED
CLERK, U.S. DISTRICT COURT

11:35 a.m.

**JAN 21 2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Central District of California ▾

_____ Division

| | |
|---|---|
| **David Alva**<br>**All American Development** )<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>**County Of San Bernardino**<br>**Purchasing Department** )<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  5:22-CV-00130-RGK-KKx<br>_____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | AADevelopment |
| Street Address | 1680 1/2 W 251st street |
| City and County | Harbor City, County of Los Angeles |
| State and Zip Code | CA, 90710-2602 |
| Telephone Number | 424-450-8704 |
| E-mail Address | david310alva@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Purchasing Department  , Bruce Cole |
| Street Address | 777 E. Rialto Avenue |
| City and County | City of San Bernardino , County of San Bernardino |
| State and Zip Code | CA , 92425-0760 |
| Telephone Number | |
| E-mail Address *(if known)* | bcole@pur.sbcounty.gov |

Defendant No. 2

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Economic Development Department |
| Street Address | 385 N Arrowhead Ave |
| City and County | City of San Bernardino , County of San Bernardino |
| State and Zip Code | CA , 92415 |
| Telephone Number | |
| E-mail Address *(if known)* | henry.nickel@wdd.sbcounty.gov |

Defendant No. 3

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Workforce Development Department |
| Street Address | 290 North D Street |
| City and County | Suite 600 |
| State and Zip Code | City of San Bernardino , County of San Bernardino |
| Telephone Number | |
| E-mail Address *(if known)* | gcisnero@wdd.sbcounty.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. Code 1 Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal.Code §34: Antitrust civil process; Sherman Act law , Monopolization, Bid Riggin, illegal use information standardized contracts accountings or disguised means of fixing prices.41U.S.Code § 6503. Breach or violation of required contract terms17 U.S. Code1—Subject matter and scope of copyright.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1)antitrust laws- 03/12/21 recieved a RFP submitted Economic Development plan for business outreach services on 03/29/21.Requested debreafing on 04/26/21 , 07/15/21 received a email advising they still havent selected a bid. On 08/14/21 as i worked on a separate project i notices suspicious activity on my files. My tech advised me 03/29/21 18 log ins were on my database 07/23/21 7 log ins and they continue untill today on August the IP identified San bernardino county doing these log ins.
On 06/08/21 the County of San Bernardino entered a different competion winning $30 million from Economic Development Department, comparing their entries of programs and services, majority matched with my Bid.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

After submitting to the Federal Trade Commission for business review , FTC agent noticed the wrong doing and advised to seek a attorny there is a lawsuit. As I intended to Integrate the county of San Bernardio in a global infrastructue AADevelopment and partners are working on, by the county entering database they not only took more thank what was solicited by them but also but a hault on future projects we were implementing, so the business outreaches that were going to be part of this economic development project were turned down , the county monopolized the programs and services and entered them all in a their Economic department "their trust".

Port of LA & Gov't affairs  program "steering to a greener tomorrow" $300,000
Calfire Forest Health Research project "environmental initiative" $700,000
LADWP  PW "alternative energy resourse" $650,000
State of California Calfire "clean water project"
Private international vendors "clean water"
State Tideland "liquid bulk"          $1,190,000
Port of LB "clean fuel transportation" $230,000
AADevelopment Business service fee $500,000   Total =$3,590,000 FTC charge *3 = $10,770,000

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     01/21/2022

Signature of Plaintiff          David Alva

Printed Name of Plaintiff     David Alva

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address