NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David Alva
1680 1/2 W 251st street
Harbor City CA, 90710
(424)450-8704

FILED

CLEAR FORM

2022 JAN 21   AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

ATTORNEY(S) FOR: ALL AMERICAN DEVELOPMENT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALL AMERICAN DEVELOPMENT<br>DAVID ALVA<br><br>v.<br><br>SAN BERNARDINO COUNTY | Plaintiff(s),<br><br><br>Defendant(s) | CASE NUMBER:<br>5:22-CV-00130-RGK-KKx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    ALL AMERICAN DEVELOPMENT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Water and Power | Potential partner landlord energy resources storage |
| Water and Power | Client for Renewable and distributed energy resources |
| Harbor Department Port of Los Angeles | Marine Oil Terminal |
| Port of Los Angeles | Client for program "Steering to a greener tomorrow" |
| CalFire State of California | Environmental Initiative |
| Port of Los Angeles and Government Affairs | Forest Health Research |
| LADWP | Alternative Energy Resource and Research |
| Private International Vendors | Clean Water project / Calfire Wildfire research |
| State Tideland | Clean Water project / Calfire Wildfire research/Liquid bulk |
| Port of Long Beach Westcoast Clean Fuel Transport | Liquid bulk transportation |
| All American Development | Business service outreach |

Date  01/21/2022

David Alva
Signature

Attorney of record for (or name of party appearing in pro per):

David Alva

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES